## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| BYTEMARK, INC. § | |
| § | |
| v. § | Case No. 2:16-CV-0543-JRG-RSP |
| § | |
| MASABI LTD. § | JURY TRIAL DEMANDED |

### JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Pursuant to the Court's Order (Doc. No. 9), Plaintiff Bytemark, Inc. ("Bytemark") and Defendant Masabi Ltd. ("Masabi"), (collectively, the "Parties"), submit their attached Agreed Docket Control Order for the Court's consideration.

Dated: September 13, 2016

Respectfully submitted,

*[signature: Andy Tindel w/ permission of Lead Attorney]*

Dariush Keyhani, Lead Attorney
New Jersey State Bar No. 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Bytemark, Inc.*

*/s/ Douglas LaLone (w/permission AT)*
Douglas P. LaLone
Fishman Stewart PLLC
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304
Telephone: (248) 594-0650
Facsimile: (248) 594-0610
Email: DLaLone@fishstewip.com

Thomas E. Donohue
Fishman Stewart PLLC
39533 Woodward Ave., Ste. 140
Bloomfield Hills, MI 48304
Telephone: (248) 594-0600
Facsimile: (248) 594-0610
Email: tdonohue@fishstewip.com

Katarzyna Brozynski
Texas State Bar No. 24036277
Shannon, Gracey, Ratliff & Miller LLP
420 Commerce Street, Suite 500
Fort Worth, Texas 76102
Telephone: (817) 877-8112
Facsimile: (817) 336-3735
Email: kbrozynski@shannongracey.com

Sorana G. Ban
Texas State Bar No. 24061520
Shannon, Gracey, Ratliff & Miller LLP
420 Commerce Street, Suite 500
Fort Worth, Texas 76102
Telephone: (214) 245-3066
Facsimile: (817) 336-3735
Email: sban@shannongracey.com

Antonio S. Devora
Texas State Bar No. 24074133
Shannon, Gracey, Ratliff & Miller LLP
901 Main Street, Suite 4600
Dallas, Texas 75202
Telephone: (214) 245-3068
Facsimile: (214) 245-3097
Email: adevora@shannongracey.com

*Attorneys for Defendant Masabi Ltd.*

## **CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 13th of September, 2016.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_____
Andy Tindel