**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BYTEMARK, INC. § | |
| § | Case No. 2:16-CV-0543-JRG-RSP |
| v. § | |
| § | JURY TRIAL DEMANDED |
| MASABI LTD. § | |

**PLAINTIFF BYTEMARK, INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3-2**

Plaintiff Bytemark, Inc. ("Bytemark") hereby notifies the Court and all parties that Bytemark complied with the Patent Rules 3-1 and 3-2, pursuant to the Order (Doc. No. 13) entered by the Court on August 12, 2016, by serving its P.R. 3-1 Infringement Contentions and P.R. 3-2 Document Production Accompanying Infringement Contentions upon Defendants via electronic transmission on September 16, 2016.

Dated: September 16, 2016

Respectfully submitted,

*/Andy Tindel w/ permission of Lead Attorney/*

DARIUSH KEYHANI, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 380-1325 Direct Line
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

> ANDY TINDEL
> Texas State Bar No. 20054500
> MT² Law Group
> Mann | Tindel | Thompson
> 112 East Line Street, Suite 304
> Tyler, Texas 75702
> Telephone: (903) 596-0900
> Facsimile: (903) 596-0909
> Email: atindel@andytindel.com
>
> *Attorneys for Plaintiff Bytemark, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of September 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Andy Tindel*

Andy Tindel