**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BYTEMARK, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| § | |
| MASABI LTD., § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |

**DEFENDANT MASABI'S NOTICE OF COMPLIANCE
WITH PATENT RULES 3-3 AND 3-4**

Defendant Masabi Ltd. (hereby "Defendant"), hereby notifies the Court that they have complied with the disclosure requirements pursuant to P.R. 3-3 and 3-4 and served Defendant's Invalidity Contentions Concerning U.S. Patent Nos. 8,494,967 and 9,239,993 upon Plaintiff's counsel of record on October 11, 2016, via electronic mail.

Dated:  October 11, 2016

Respectfully submitted,

FISHMAN STEWART PLLC

By:   /s/ Douglas P. LaLone (P45751)
Douglas P. LaLone (P45751)
Thomas E. Donahue (P57089)
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com

       SHANNON, GRACEY, RATLIFF & MILLER LLP

By: <u>/s/ Kasia Brozynski (24036277)</u>
Kasia Brozynski
Texas Bar No. 24036277
Antonio S. Devora
Texas State Bar No. 24074133
Sorana G. Ban
Texas State Bar No. 24061520
901 Main Street, Suite 4600
Dallas, Texas 75202
(214) 245-3068 Telephone
(214) 245-3097 Fax
Email: kbrozynski@shannongracey.com
adevora@shannongracey.com
sban@shannongracey.com

*Attorneys for Defendant Masabi Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 11th day of October, 2016. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

By: /s/ Lisa M. Conner
Lisa M. Conner