**EXHIBIT B**

**BYTEMARK'S PROPOSED CONSTRUCTIONS OF DISPUTED TERMS**

| No. | Bytemark's Terms | Masabi's Terms | Bytemark's Proposed Construction | '967 Patent Claims | Extrinsic Evidence |
|---|---|---|---|---|---|
| 1. | "visual validation display object" | | Data, computer code, or command that facilitates the display on the customer's device of an animation or other human-perceptible visual image sufficient to enable a ticket taker to instantaneously visually recognize and verify the ticket | All asserted claims<br><br>967 Abstract, '993 Abstract,<br><br>['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 -16], ['967 9: 19– 49], ['967 10:5 – 10], '967FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | None |
| 2. | "the visual validation display object configured to be readily recognizable visually by the ticket taker" | | The animation or other human-perceptible visual image sufficient to be instantaneously visually recognized and verified by the ticket taker | All asserted claims<br><br>'967 Abstract, '993 Abstract, | None |

| | | | | | |
|---|---|---|---|---|---|
| | | | | ['967 1:15 – 43], ['967 2:10 – 11], ['967 2:12 – 26], ['967 2:23 – 44], ['967 2:45 – 65], ['967 3:12 – 35], ['967 3:55 – 60], ['967 4:15 – 16]; Prosecution history of the '967 patent [Bytemark- 155-158] | |
| 3. | "that causes upon visual recognition by the ticket taker" | | When the animation or other human-perceptible visual image is instantaneously visually recognized and verified by the ticket taker | All asserted claims<br><br>967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], | None |

| | | | | | |
|---|---|---|---|---|---|
| | | | | '967 FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | |
| 4. | | "possession" | No construction necessary – plain and ordinary meaning | All asserted claims | None |
| 5. | | "obtain" | No construction necessary – plain and ordinary meaning | All asserted claims | None |
| 6. | | "user possesses" | No construction necessary – ordinary meaning | All asserted claims | None |
| 7. | | "readily recognizable visually" | Construed in No. 2 above. | All asserted claims<br>967 Abstract, '993 Abstract,<br><br>['967 1:15-43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], '967 FIGURE 10, '967 FIGURE | None |

|   |   |   |   | Prosecution history of the '967 patent [Bytemark- 155-158] |   |
|---|---|---|---|---|---|
| 8. |   | "token" | No construction necessary – plain and ordinary meaning | All asserted claims | None |
| 9. |   | "token associated with the previously purchased ticket" | No construction necessary – ordinary meaning | All asserted claims | None |
| 10. |   | "token associated with the received request" | No construction necessary – ordinary meaning | All asserted claims | None |
| 11. |   | "request to verify" | No construction necessary – ordinary meaning | All asserted claims | None |
| 12. |   | "activation" | No construction necessary – ordinary meaning | All asserted claims | None |
| 13. |   | "receiving from the user's computer device a request to verify purchase of a previously purchased electronic ticket and to obtain a visual validation display object that confirms that the user possesses the previously purchased electronic ticket" | Plain and ordinary meaning except as to the phrase "visual validation display object" as construed in No. 1. above. | All asserted claims<br><br>967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 –65], ['967 3:12 -40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 –49], ['967 10:5-10] | None |

| | | | | | |
|---|---|---|---|---|---|
| | | | | '967 FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | |
| 14. | | "confirms that the user possesses the previously purchased electronic ticket" | No construction necessary – ordinary meaning | All asserted claims | None |
| 15. | | "determination that the user possesses the previously purchased electronic ticket" | No construction necessary – ordinary meaning | All asserted claims | None |
| 16. | | "causing an activation" | No construction necessary – ordinary meaning | All asserted claims | None |
| 17. | | "activation of the purchased electronic ticket by transmitting to the user's computer device a data file comprising the visual validation display object" | Plain and ordinary meaning except as to the construction of the phrase "visual validation display object" as construed in No. 1. above. | All asserted claims<br><br>967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 -16], ['967 9: 19– 49], ['967 10:5 – 10], '967 | None |

| No. | Bytemark's Terms | Masabi's Terms | Bytemark's Proposed Construction | '993 Patent Claims | Extrinsic Evidence |
|---|---|---|---|---|---|
|  |  |  |  | FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] |  |
| 18. |  | "visual validation display object configured to be readily recognizable visually by the ticket taker" | No construction necessary – ordinary meaning | All asserted claims | None |
| **No.** | **Bytemark's Terms** | **Masabi's Terms** | **Bytemark's Proposed Construction** | **'993 Patent Claims** | **Extrinsic Evidence** |
| 19. | "validation display object" |  | Data, computer code, or command that facilitates the display on the customer's device of an animation or other human-perceptible visual image sufficient to enable a ticket taker to instantaneously visually recognize and verify the ticket | All asserted claims

967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], '967 FIGURE 10, '967 FIGURE 11; | None |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Prosecution history of the '967 patent [Bytemark- 155-158] | |
| 20. | "for visual recognition by the ticket taker" | | The animation or other human-perceptible visual image is for instantaneous visual recognition and verification by the ticket taker | All asserted claims<br><br>967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], '967 FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | None |
| 21. | | "previously purchased ticket" | No construction necessary – ordinary meaning | All asserted claims | None |
| 22. | | "remote display device" | No construction necessary – ordinary meaning | All asserted claims | None |

| | | | | |
|---|---|---|---|---|
| 23. | | "token" | No construction necessary – ordinary meaning | All asserted claims | None |
| 24. | | "unique alphanumeric string" | No construction necessary – ordinary meaning | All asserted claims | None |
| 25. | | "token associated with the previously purchased ticket" | No construction necessary – ordinary meaning | All asserted claims | None |
| 26. | | "ticket payload" | No construction necessary – ordinary meaning | All asserted claims | None |
| 27. | | "request to verify purchase" | No construction necessary – ordinary meaning | All asserted claims | None |
| 28. | | "securing" | No construction necessary – ordinary meaning | All asserted claims | None |
| 29. | | "not validated" | No construction necessary – ordinary meaning | All asserted claims | None |
| 30. | | "activation" | No construction necessary – ordinary meaning | All asserted claims | None |
| 31. | | "transmitting a token associated with a previously purchased electronic ticket" | No construction necessary – ordinary meaning | All asserted claims | None |
| 32. | | "validating the token" | No construction necessary – ordinary meaning | All asserted claims | None |
| 33. | | "securing a validation display object prior to transmission to | Plain and ordinary meaning except as to the construction of the phrase "visual validation | All asserted claims | None |

| | | | | | |
|---|---|---|---|---|---|
| | | provide a secured validation display object" | display object" as construed in No. 19. above. | 967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], '967 FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | |
| 34. | | "transmitting to the remote display device a secured validation display object associated with the ticket payload" | Plain and ordinary meaning except as to the construction of the phrase "visual validation display object" as construed in No. 19. above. | All asserted claims 967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], '967 FIGURE 10, | None |

| | | | | '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | |
|---|---|---|---|---|---|
| 35. | | "enabling the remote display device to display the secured validation display object upon validation of the token" | Plain and ordinary meaning except as to the construction of the phrase "visual validation display object" as construed in No. 19. above. | All asserted claims<br><br>967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], '967 FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | None |
| 36. | | "preventing the remote display device from displaying the secured validation display object" | Plain and ordinary meaning except as to the construction of the phrase "visual validation | All asserted claims | None |

| | | | | | |
|---|---|---|---|---|---|
| | | | display object" as construed in No. 19. above. | 967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], ['967 4: 12 - 16], ['967 9: 19 – 49], ['967 10:5 – 10], '967 FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] | |
| 37. | | "a request to verify the purchase of the previously purchased electronic ticket" | No construction necessary – ordinary meaning | All asserted claims | None |
| 38. | | "transmitting security date to the remote display device to authenticate the secured validation display object" | Plain and ordinary meaning except as to the construction of the phrase "visual validation display object" as construed in No. 19. above. 967 Abstract, '993 Abstract, ['967 1:15 – 43], ['967 2:4 – 65], ['967 3:12 – 40], ['967 3:55 – 60], ['967 4: 5 – 6], | All asserted claims | None |

| | | | |
|---|---|---|---|
| | | | ['967 4: 12 – 16], ['967 9: 19 – 49], ['967 10:5-10], '967 FIGURE 10, '967 FIGURE 11; Prosecution history of the '967 patent [Bytemark- 155-158] |