# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG-RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | **PATENT CASE** |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO PATENT RULE 4-5(d)

Pursuant to Patent Rule 4-5(d), Plaintiff Bytemark, Inc. ("Bytemark") and Defendant Masabi Ltd. ("Masabi") hereby submit this Joint Claim Construction Chart in accordance with the Court's October 7, 2016 Amended Docket Control Order (Doc. No. 37). Attached hereto as Exhibit A is the Joint Claim Construction Chart that includes the constructions on which the Parties have reached agreement, the disputed terms, the parties' respective proposed claim constructions of the disputed terms and a column for the Court's construction of the disputed claim term.

Dated: May 17, 2017

Respectfully submitted,

*/s/ Andy Tindel w/ permission of Lead Attorney*

DARIUSH KEYHANI, Lead Attorney
NJ SBN 044062002
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
(212) 760-0098 Telephone
(212) 380-1325 Direct Line
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com

ANDY TINDEL
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Bytemark, Inc.*



FISHMAN STEWART PLLC

*/s/ Thomas E. Donohue*
Douglas P. LaLone (P45751)
Thomas E. Donohue (P57089)
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com

STRASBURGER & PRICE LLP

Kasia Brozynski
Texas Bar No. 24036277
Antonio S. Devora
Texas State Bar No. 24074133
Sorana G. Ban
Texas State Bar No. 24061520
901 Main Street, Suite 6000
Dallas, Texas 75201
(214) 651-2023 Telephone
(214) 659-4037 Fax
kasia. brozynski@strasburger.com
antonio.devora@strasburger.com
sorana.ban@strasburger.com

*Attorneys for Defendant Masabi Ltd.*

**CERTIFICATE OF SERVICE**

  This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 17th day of May, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_____
Andy Tindel