# EXHIBIT A

## I.     AGREED CONSTRUCTIONS

| Term | Bytemark's Construction | Masabi's Construction | Court's Construction |
|---|---|---|---|
| "obtain" | [AGREED] | [AGREED] | Plain and ordinary meaning. |
| "readily recognizable visually" | [AGREED] | [AGREED] | Plain and ordinary meaning. |
| "unique alphanumeric string" | [AGREED] | [AGREED] | Plain and ordinary meaning. |
| "that causes upon visual recognition by the ticket taker" <br><br> U.S. Patent No. 8,494,967: All Asserted Claims. | When the animation or other human-perceptible visual image is instantaneously visually recognized and verified by the ticket taker | [AGREED] | When the animation or other human-perceptible visual image is instantaneously visually recognized and verified by the ticket taker |
| "for visual recognition by the ticket taker" <br><br> U.S. Patent No. 9,239,993: All Asserted Claims | The animation or other human-perceptible visual image is for instantaneous visual recognition and verification by the ticket taker | [AGREED] | The animation or other human- perceptible visual image is for instantaneous visual recognition and verification by the ticket taker |

## II.    DISPUTED TERMS

| Term | Bytemark's Construction | Masabi's Construction | Court's Construction |
|---|---|---|---|
| **"visual validation display object"** <br><br> U.S. Patent No. 8,494,967: All Asserted Claims. | Data, computer code, or command that facilitates the display on the customer's | "any object visually present on a user's device that may be utilized for | |

| | | | |
|---|---|---|---|
| | device of an animation or other human-perceptible visual image sufficient to enable a ticket taker to instantaneously visually recognize and verify the ticket | "validation purposes" or "a validating visual object is one that is readily recognizable from human observation" | |
| **"readily recognizable visually"** U.S. Patent No. 8,494,967: All Asserted Claims. | The animation or other human-perceptible visual image sufficient to be instantaneously visually recognized and verified by the ticket taker | Masabi agrees to the agreed upon construction of "plain and ordinary meaning" as stipulated above. | |
| **"Possession"** U.S. Patent No. 8,494,967: Claims 1, 17 and 18. | No construction necessary – plain and ordinary meaning | "local physical presence on a local device" or "stored on a user's computer device" | |
| **"user possesses"** U.S. Patent No. 8,494,967: Claims 1, 17 and 18. | No construction necessary – plain and ordinary meaning | "user has a physical presence on a local device" or "stored on a user's computer device" | |
| **"previously purchased electronic ticket"** | No construction necessary – plain | "a ticket purchased in a discreet time | |

3

| | | | |
|---|---|---|---|
| U.S. Patent No. 8,494,967: Claims 1, 17 and 18. | and ordinary meaning | period and discreet operation separate and prior to the request for validation" | |
| **"request to verify purchase"**  U.S. Patent No. 8,494,967: Claims 1, 17 and 18. | No construction necessary – plain and ordinary meaning | "request sent from a user device to a server seeking verification of a ticket purchased in a discreet time period and discreet operation separate and prior to the request for validation" | |
| **"activation"**  U.S. Patent No. 8,494,967: Claims 1, 17 and 18. | No construction necessary – plain and ordinary meaning | "server directed control of visual validation display object on the users device" | |
| **"receiving from the user's computer device a request to verify purchase of a previously purchased electronic ticket and to obtain a visual validation display object that confirms that the user possesses the previously purchased electronic ticket"**  U.S. Patent No. 8,494,967: Claims 1, and 17 | Plain and ordinary meaning except as to the phrase "visual validation display object" as construed by Bytemark | "Server receiving request from mobile device to confirm a prior purchase of ticket from a discreet prior operation and in response to confirmation sending a visual validation display object | |

| | | to users device" | |
|---|---|---|---|
| **"confirms that the user possesses the previously purchased electronic ticket"**<br><br>U.S. Patent No. 8,494,967: Claims 1, and 17 | No construction necessary – plain and ordinary meaning | "Validates that an electronic ticket stored on the users device has been properly purchased in a previous discreet operation" | |
| **"causing an activation"**<br><br>U.S. Patent No. 8,494,967: Claims 1, 17 and 18 | No construction necessary – plain and ordinary meaning | "Transmitting a file to the users device containing a visual validation display object that is immediately displayed without user interaction" | |
| **"activation of the purchased electronic ticket by transmitting to the user's computer device a data file comprising the visual validation display object"**<br><br>U.S. Patent No. 8,494,967: Claims 1, 17 and 18 | Plain and ordinary meaning except as to the construction of the phrase "visual validation display object" as construed by Bytemark. | "Transmitting a file to the users device containing a visual validation display object that is immediately displayed without user interaction" | |
| **"validation display object"**<br><br>U.S. Patent No. 9,239,993: All Asserted Claims | Data, computer code, or command that facilitates the display on the customer's device of an animation or other human-perceptible | "any object present on a user's device that may be utilized for validation purposes" | |

5

| | | | |
|---|---|---|---|
| | | visual image sufficient to enable a ticket taker to instantaneously visually recognize and verify the ticket | |
| **"previously purchased electronic ticket"**<br><br>U.S. Patent No. 9,239,993: Claims 1, 2, 4, 23 | No construction necessary – plain and ordinary meaning | "a ticket purchased in a discreet time period and discreet operation separate and prior to the request for validation" | |
| **"remote display device"**<br><br>U.S. Patent No. 9,239,993: All Asserted Claims | No construction necessary – plain and ordinary meaning | "a piece of electronic equipment located in a remote location from the ticketing server and containing an electronic display" | |
| **"validating the token"**<br><br>U.S. Patent No. 9,239,993: Claims 1, 8 | No construction necessary – plain and ordinary meaning | "comparing the unique character string associated with a purchased ticket generated during a discreet and prior operation (wherein the purchase is effectuated and a token is sent to the | |

6

|  |  | mobile device) with a unique character string stored on the server" |  |
|---|---|---|---|