IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC.., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFF'S LEAVE TO SUBMIT TECHNICAL TUTORIAL

On this day came on to be heard the Opposed Motion for Leave to Submit Technical Tutorial filed by Plaintiff, Bytemark, Inc. ("Bytemark") and the Court having now reviewed said motion finds that good cause exists to support the grant of same. Accordingly, it is,

ORDERED that Bytemark's Opposed Motion for Leave to Submit Technical Tutorial is hereby GRANTED and Bytemark is given leave to submit its technical tutorial to the Court's chambers and to the technical advisor appointed by the Court in this action the next business day following the entry of this order. In light of this Order, the unopposed motion for extension of time to respond to Bytemark's Opposed Motion for Leave (Dkt. No. 62) DENIED AS MOOT.

**SIGNED this 17th day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE