# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BYTEMARK, INC., | § |
| *Plaintiff*, | § Case No. 2:16-CV-00543-JRG-RSP |
| v. | § |
| MASABI LTD., | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 28, 2017, Dkt. No. 58, recommending that Defendant's Motion to Dismiss for Failure to State a Claim, Dkt. No. 39, be denied. No objections have been filed. Accordingly, and after a de novo review, the Report and Recommendation is **ADOPTED**. Defendants' Motion to Dismiss, Dkt. No. 39, is **DENIED**.

**So Ordered this**
**May 17, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE