**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**DECLARATION OF DOUGLAS P. LALONE IN SUPPORT OF DEFENDANT MASABI LTD'S MOTION AND BRIEF IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFF'S PATENT RULE 3-1 INFRINGEMENT CONTENTIONS**

I, Douglas P. LaLone, declare and state as follows:

1. I am a member of the State Bar of Michigan and a Partner at Fishman Stewart PLLC, counsel for Defendant Masabi LTD. ("Masabi") in the above captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto as follows:

2. Attached as **Exhibit A** is a true and correct copy of Bytemark's '967 Patent – Masabi GoMobile Infringement Contentions.

3. Attached as **Exhibit B** is a true and correct copy of Bytemark's '967 Patent – Masabi MBTA Infringement Contentions.

4. Attached as **Exhibit C** is a true and correct copy of Bytemark's '993 Patent – Masabi GoMobile Infringement Contentions.

5. Attached as **Exhibit D** is a true and correct copy of Bytemark's '993 Patent – Masabi MBTA Infringement Contentions.

6. Attached as **Exhibit E** is a true and correct copy of Masabi April 7, 2017 Rule 11 Letter to Bytemark.

7. Attached as **Exhibit F** is a true and correct copy of the Declaration of Ben Whitaker as sent to Bytemark on April 7, 2017.

8. Attached as **Exhibit G** is a true and correct copy of Bytemark's April 28, 2017 Letter to Masabi in Response to Masabi's April 7, 2017 Letter,

9. Attached as **Exhibit H** is a true and correct copy of Bytemark's May 19, 2017 Response to Masabi's Requests to Admit 1-37.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of May, 2017 at Bloomfield Hills, MI.

By:/s Douglas P. Lalone
Douglas P. LaLone