# EXHIBIT A

## CLAIM CHART A

| Exemplary Product | '967 PATENT – CLAIM 1 | (L); (D/E) |
|---|---|---|
| (Masabi – Nice gomobile) | **1. A method by a server system for obtaining visual validation of the possession of a purchased electronic ticket on a user's computer device for presentation to a ticket taker comprising:**<br><br>The Nassau Inter-County Express (Nice) bus system uses a Masabi mobile ticketing system[1]. This Masabi Justride system employs the method described in the preamble via back-end server system interaction with an application on a smart phone such as an Android phone or iPhone (a user's computer device): [2] [3]<br><br> | L; D/E |

---

[1] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/

[2] http://www.masabi.com/justride-mobile-ticketing/

[3] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



The application enables the user to buy tickets on-line and to provide a visual validation of the possession of a purchased electronic ticket to a ticket taker:[4]

The smart phone is in communication with a Masabi server system for purchasing of tickets, and for obtaining a visual validation of the

---

[4] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx

possession of a purchased electronic ticket: [5]

**If I lose cell phone service while trying to use my ticket, will my mobile ticket still work?**

Mobile tickets do not need cell phone or wifi service to be displayed; however, service or wifi is needed to purchase a ticket. **You must purchase your ticket before boarding the bus.**

If you lose cell phone service after boarding the bus, you will still be able to activate and display purchased tickets. You will not be able to make any purchases or other changes until your cell phone or wifi service is restored.

| | | |
|---|---|---|
| | **receiving from the user's computer device a request to verify purchase of a previously purchased electronic ticket**<br><br>The user purchases an electronic ticket using a smart phone and receives a validation that the purchase has been successful[6].<br><br><br><br>After a ticket has been purchased, it is nevertheless in a "not yet in use" status: | L;<br>D/E |

---

[5] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[6] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



The Nice bus system requires a further activation of the ticket to place it in use prior to boarding:[7] [8]

With the new mobile ticketing system, riders will be able to purchase bus tickets at their convenience, and activate them as they board the vehicle. Upon boarding, riders will display to the operator a secure, visually verifiable ticket on their smartphones. For added security, mobile tickets will also feature scannable barcodes for occasional spot checks by NICE officials. In future phases of the project, NICE

| | | |
|---|---|---|
| | **and to obtain a visual validation display object that confirms that the user possesses the previously purchased electronic ticket for utilization of a service monitored by the ticket taker, the visual validation display object configured to be readily recognizable visually by the ticket taker;**<br><br>Once activated, a visual validation display object obtained from the server can be displayed. As shown below, the visual validation display object is readily recognizable visually by the ticket taker[9]: | L; D/E |

---

[7] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[8] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/
[9] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



**receiving from the user's computer device a token associated with the received request;**

On information and belief[10], purchasing a ticket, activating a ticket, and obtaining a visual validation display object are on-line transactions involving a Masabi server system[11]:

**JustRide Cloud Hosting**

**How does the JustRide platform guarantee 99.99% up-time?**                                              -

Masabi utilizes multiple levels of redundancy and virtualization to achieve high levels of up-time and a fast recovery time in the case of recovering from a disaster.

The JustRide service is hosted across three physically separate data centers, with the full software and hardware stack duplicated in each center. Each of the software and hardware stacks are capable of handling the normal load on the service. However the service is load balanced across all three data centers so any failure in one or two of the stacks will have no effect on service availability.

. . .

L; D/E

---

[10] In accordance with P.R. 3-1(g) and P.R. 3-3(e), throughout these claim charts, references to "on information and belief" (OIAB) are subject to review of Masabi source code software to confirm.
[11] http://www.masabi.com/justridefaqs/

| | | |
|---|---|---|
| | **JustRide Security** | L; |
| | **How secure are payments made with the JustRide service?**   - | |
| | In a word, very. | |
| | JustRide Platform servers are hosted using Amazon Virtual Private Cloud (VPC), part of Amazon EC2 web services (http://aws.amazon.com/vpc/), within the same geographical region as the transport agency. | |
| | The Amazon EC2 service is a secure, durable technology Platform with industry-recognized certifications and audits: PCI DSS Level 1, ISO 27001, FISMA Moderate, HIPAA, and SAS 70 Type II | |
| | All payment instrument storage is fully PCI DSS version 2 compliant.  Payments are segregated from the main App Server in a separate firewalled zone, minimizing the PCI surface and allowing all PCI sensitive data to be sent and stored within a fully separate server instance. | |
| | Masabi provides an attestation of PCI Merchant Compliance, and conducts regular independent assessments with a QSA. | |
| | Since on-line transactions may be separated in time, a token associated with a purchased ticket enables the server system to link a request from the smart phone with a particular user ticket[12][13]:  | |
| | **determining whether a token associated with the purchased electronic ticket has been stored in a data record associated with the received request, and if it has, whether the received token is valid;** | L; D/E |
| | The Masabi server system determines whether a token associated with the purchased electronic ticket has been stored in a data record associated with the received request, and if it has, whether the received token is valid.[14] | |

---

[12] OIAB
[13] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[14] OIAB

| | | |
|---|---|---|
| | **and in dependence on the determination that the received token is valid, causing an activation of the purchased electronic ticket by transmitting to the user's computer device a data file comprising the visual validation display object that causes upon visual recognition by the ticket taker, the user to be permitted to utilize the service monitored by the ticket taker.**<br><br>The Masabi server system in dependence on the determination that the received token is valid, causes an activation of the purchased electronic ticket by transmitting to the user's computer device a data file comprising the visual validation display object that causes upon visual recognition by the ticket taker, the user to be permitted to utilize the service monitored by the ticket taker[15]. | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 2 | (L); (D/E) |
|---|---|---|
| (Masabi – Nice gomobile) | **2. The method of claim 1 further comprising:**<br><br>**in response to the determining whether a token associated with the purchased electronic ticket has been stored results in a determination that no such token has been stored, initiating confirmation that the purchased electronic ticket has been purchased;**<br><br>The Masabi server system in response to the determining whether a token associated with the purchased electronic ticket has been stored results in a determination that no such token has been stored, initiates a confirmation that the purchased electronic ticket has been purchased.[16] | L; D/E |
| | **in dependence on such confirmation, storing a token in the data record associated with the purchased electronic ticket;**<br><br>The Masabi server system in dependence on such confirmation, stores a token in the data record associated with the purchased electronic ticket.[17] | L; D/E |
| | **and transmitting to the user's computer device a visual validation** | L; D/E |

---

[15] OIAB
[16] OIAB
[17] OIAB

**display object corresponding to the purchased electronic ticket.**

The Masabi server system transmits to the smart phone a visual validation display object corresponding to the purchased electronic ticket[18]:



| Exemplary Product | **'967 PATENT – CLAIM 3** | **(L); (D/E)** |
|---|---|---|
| (Masabi – Nice gomobile) | **3. The method of claim 1 further comprising:**<br><br>**storing in the data record associated with the purchased electronic ticket a data value representing a predetermined lock time;**<br><br>The Masabi server system stores in the data record associated with the purchased electronic ticket a data value representing a predetermined lock time;[19] | L; D/E |
| | **determining whether a duration of time from the transmission of the visual validation display object to the predetermined lock time has expired;** | L; D/E |

---

[18] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[19] OIAB

| | | |
|---|---|---|
| | The Masabi server system determines whether a duration of time from the transmission of the visual validation display object to the predetermined lock time has expired;[20] | |
| | **and in dependence on such determination, permitting or not permitting the visual validation display object to be transmitted to the user's computer device.**<br><br>The Masabi server system in dependence on such determination, permits or does not permit the visual validation display object to be transmitted to the user's smart phone[21]. | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 4 | (L); (D/E) |
|---|---|---|
| (Masabi – Nice gomobile) | **4. The method of claim 1 further comprising:**<br><br>**transmitting an authorization key to the user's computer device that transmitted the received request.**<br><br>The Masabi server system transmits an authorization key to the user's smart phone that transmitted the received request.[22] | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 5 | (L); (D/E) |
|---|---|---|
| (Masabi – Nice gomobile) | **5. The method of claim 4 further comprising:**<br><br>**encrypting the visual validation display object using the authorization key.**<br><br>The Masabi server system encrypts the visual validation display object using the authorization key.[23] | L; D/E |

---

[20] OIAB
[21] OIAB
[22] OIAB
[23] OIAB

| Exemplary Product | '967 PATENT – CLAIM 6 | (L); (D/E) |
|---|---|---|
| (Masabi – Nice gomobile) | **6. The method of claim 4 further comprising:** **encrypting the visual validation display object with a public key of a public/private key pair for which the transmitted authorization key is an associated private key.** The Masabi server system encrypts the visual validation display object with a public key of a public/private key pair for which the transmitted authorization key is an associated private key.[24] | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 17 | (L); (D/E) |
|---|---|---|
| (Masabi – Nice gomobile) | **17. A non-transitory computer readable data storage medium containing computer program code that when loaded and executed by a computer system causes the computer system to perform a method for obtaining visual validation of the possession of a purchased electronic ticket on a user's computer device for presentation to a ticket taker comprising the steps of:** The Nassau Inter-County Express (Nice) bus system uses a Masabi mobile ticketing system[25]. This Masabi Justride computer system comprises a back-end server computer system that employs a non-transitory computer readable data storage medium containing computer program code that when loaded and executed by the computer system causes the computer system to perform a method for obtaining visual validation of the possession of a purchased electronic ticket on a user's computer device (smart phone) for presentation to a ticket taker:[26] [27] [28]: | L; D/E |

---

[24] OIAB
[25] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/
[26] http://www.masabi.com/justride-mobile-ticketing/
[27] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing
[28] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



The smart phone application enables the user to buy tickets on-line and to provide a visual validation of the possession of a purchased electronic ticket to a ticket taker[29]:

---

[29] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



The smart phone is in communication with the computer system for purchasing of tickets, and for obtaining a visual validation of the possession of a purchased electronic ticket[30]:

**If I lose cell phone service while trying to use my ticket, will my mobile ticket still work?**

Mobile tickets do not need cell phone or wifi service to be displayed; however, service or wifi is needed to purchase a ticket. **You must purchase your ticket before boarding the bus.**

If you lose cell phone service after boarding the bus, you will still be able to activate and display purchased tickets. You will not be able to make any purchases or other changes until your cell phone or wifi service is restored.

:

| | | |
|---|---|---|
| | **receiving from the user's computer device a request to verify purchase of a previously purchased electronic ticket**<br><br>The user purchases an electronic ticket using a smart phone and receives a validation that the purchase has been successful[31]. | L;<br>D/E |

---

[30] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[31] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



After a ticket has been purchased, it is nevertheless in a "not yet in use" status:



The Nice bus system requires a further activation of the ticket to place it in use prior to boarding:[32] [33]

---

[32] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[33] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/

| | | |
|---|---|---|
| | With the new mobile ticketing system, riders will be able to purchase bus tickets at their convenience, and activate them as they board the vehicle. Upon boarding, riders will display to the operator a secure, visually verifiable ticket on their smartphones. For added security, mobile tickets will also feature scannable barcodes for occasional spot checks by NICE officials. In future phases of the project, NICE | |
| | **and to obtain a visual validation display object that confirms that the user possesses the previously purchased and valid electronic ticket for utilization of a service monitored by the ticket taker, the visual validation display object configured to be readily recognizable visually by the ticket taker;**<br><br>Once activated, a visual validation display object obtained from the server can be displayed. As shown below, the visual validation display object is readily recognizable visually by the ticket taker[34]:<br><br> | L;<br>D/E |
| | **receiving from the user's computer device a token associated with the received request;**<br><br>Purchasing a ticket, activating a ticket, and obtaining a visual validation display object[35] are on-line transactions involving a Masabi computer system[36]: | L;<br>D/E |

---

[34] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[35] OIAB
[36] http://www.masabi.com/justridefaqs/

**JustRide Cloud Hosting**

**How does the JustRide platform guarantee 99.99% up-time?**                     -

Masabi utilizes multiple levels of redundancy and virtualization to achieve high levels of up-time and a fast recovery time in the case of recovering from a disaster.

The JustRide service is hosted across three physically separate data centers, with the full software and hardware stack duplicated in each center. Each of the software and hardware stacks are capable of handling the normal load on the service. However the service is load balanced across all three data centers so any failure in one or two of the stacks will have no effect on service availability.

…

**JustRide Security**

**How secure are payments made with the JustRide service?**                     -

In a word, very.

JustRide Platform servers are hosted using Amazon Virtual Private Cloud (VPC), part of Amazon EC2 web services (http://aws.amazon.com/vpc/), within the same geographical region as the transport agency.

The Amazon EC2 service is a secure, durable technology Platform with industry-recognized certifications and audits: PCI DSS Level 1, ISO 27001, FISMA Moderate, HIPAA, and SAS 70 Type II

All payment instrument storage is fully PCI DSS version 2 compliant.  Payments are segregated from the main App Server in a separate firewalled zone, minimizing the PCI surface and allowing all PCI sensitive data to be sent and stored within a fully separate server instance.

Masabi provides an attestation of PCI Merchant Compliance, and conducts regular independent assessments with a QSA.

Since on-line transactions may be separated in time, a token associated with a purchased ticket enables a server to link a request from the smart phone with a particular user ticket[37]:

determining whether a token associated with the purchased
electronic ticket has been stored in a data record associated with the

L;
D/E

---

[37] OIAB

| | received request, and if it has, whether the received token is valid; | |
|---|---|---|
| | The Masabi computer system determines whether a token associated with the purchased electronic ticket has been stored in a data record associated with the received request, and if it has, whether the received token is valid.[38] | |
| | **and in dependence on the determination that the received token is valid, causing an activation of the purchased electronic ticket by transmitting to the user's computer device a data file comprising the visual validation display object that causes upon visual recognition by the ticket taker, the user to be permitted to utilize the service monitored by the ticket taker.** | L; D/E |
| | The Masabi computer system in dependence on the determination that the received token is valid, causes an activation of the purchased electronic ticket by transmitting to the user's smart phone a data file comprising the visual validation display object that causes upon visual recognition by the ticket taker, the user to be permitted to utilize the service monitored by the ticket taker[39]. | |

| Exemplary Product | **'967 PATENT – CLAIM 18** | **(L); (D/E)** |
|---|---|---|
| **(Masabi – Nice gomobile)** | **18. A system for obtaining visual validation of the possession of a purchased electronic ticket on a user's computer device for presentation to a ticket taker comprising one or more computers operatively connected that are configured to:** | L; D/E |
| | The Nassau Inter-County Express (Nice) bus system uses a Masabi mobile ticketing system[40]. This Masabi Justride system comprises one or more computers operatively connected in a system for obtaining visual validation of the possession of a purchased electronic ticket on a user's computer device (smart phone) for presentation to a ticket taker:[41] [42] [43]. | |

---

[38] OIAB
[39] OIAB
[40] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/
[41] http://www.masabi.com/justride-mobile-ticketing/
[42] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/
[43] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



The smart phone application enables the user to buy tickets on-line and to provide a visual validation of the possession of a purchased electronic ticket to a ticket taker[44]:

---

[44] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



The smart phone is in communication with one or more Masabi system computers for purchasing of tickets, and for obtaining a visual validation of the possession of a purchased electronic ticket[45]:

**If I lose cell phone service while trying to use my ticket, will my mobile ticket still work?**

Mobile tickets do not need cell phone or wifi service to be displayed; however, service or wifi is needed to purchase a ticket. **You must purchase your ticket before boarding the bus.**

If you lose cell phone service after boarding the bus, you will still be able to activate and display purchased tickets. You will not be able to make any purchases or other changes until your cell phone or wifi service is restored.

| | | |
|---|---|---|
| | **receive from the user's computer device a request to verify purchase of a previously purchased electronic ticket**<br><br>The user purchases an electronic ticket using a smart phone and receives a validation that the purchase has been successful[46]. | L; D/E |

[45] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/
[46] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx



After a ticket has been purchased, it is nevertheless in a "not yet in use" status:



The Nice bus system requires a further activation of the ticket to place it in use prior to boarding:[47] [48]

---

[47] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[48] http://blog.masabi.com/blog/2014/02/11/nice-bus-to-become-one-of-the-first-u-s-bus-transit-systems-to-offer-mobile-ticketing/

| | | |
|---|---|---|
| | With the new mobile ticketing system, riders will be able to purchase bus tickets at their convenience, and activate them as they board the vehicle. Upon boarding, riders will display to the operator a secure, visually verifiable ticket on their smartphones. For added security, mobile tickets will also feature scannable barcodes for occasional spot checks by NICE officials. In future phases of the project, NICE | |
| | **and to obtain a visual validation display object that confirms that the user possesses the previously purchased and valid electronic ticket for utilization of a service monitored by the ticket taker, the visual validation display object configured to be readily recognizable visually by the ticket taker;**<br><br>Once activated, a visual validation display object obtained from the one or more computers can be displayed. As shown below, the visual validation display object is readily recognizable visually by the ticket taker[49]:<br><br> | L;<br>D/E |
| | **receive from the user's computer device a token associated with the received request;**<br><br>Purchasing a ticket, activating a ticket, and obtaining a visual validation display object[50] are on-line transactions involving one or more computers[51]: | L;<br>D/E |

---

[49] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx
[50] OIAB

**JustRide Cloud Hosting**

**How does the JustRide platform guarantee 99.99% up-time?** -

Masabi utilizes multiple levels of redundancy and virtualization to achieve high levels of up-time and a fast recovery time in the case of recovering from a disaster.

The JustRide service is hosted across three physically separate data centers, with the full software and hardware stack duplicated in each center. Each of the software and hardware stacks are capable of handling the normal load on the service. However the service is load balanced across all three data centers so any failure in one or two of the stacks will have no effect on service availability.

...

**JustRide Security**

**How secure are payments made with the JustRide service?** -

In a word, very.

JustRide Platform servers are hosted using Amazon Virtual Private Cloud (VPC), part of Amazon EC2 web services (http://aws.amazon.com /vpc/), within the same geographical region as the transport agency.

The Amazon EC2 service is a secure, durable technology Platform with industry-recognized certifications and audits: PCI DSS Level 1, ISO 27001, FISMA Moderate, HIPAA, and SAS 70 Type II

All payment instrument storage is fully PCI DSS version 2 compliant.  Payments are segregated from the main App Server in a separate firewalled zone, minimizing the PCI surface and allowing all PCI sensitive data to be sent and stored within a fully separate server instance.

Masabi provides an attestation of PCI Merchant Compliance, and conducts regular independent assessments with a QSA.

Since on-line transactions may be separated in time, a token associated with a purchased ticket enables one or more computers to link a request from the smart phone with a particular user ticket[52][53]:



---

[51] http://www.masabi.com/justridefaqs/
[52] OIAB
[53] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx

| | | |
|---|---|---|
| | **determine whether a token associated with the purchased electronic ticket has been stored in a data record associated with the received request, and if it has, whether the received token is valid;**<br><br>One or more computers in the Masabi system determines whether a token associated with the purchased electronic ticket has been stored in a data record associated with the received request, and if it has, whether the received token is valid.[54] | L; D/E |
| | **and in dependence on the determination that the received token is valid, cause an activation of the purchased electronic ticket by transmitting to the user's computer device a data file comprising the visual validation display object that causes upon visual recognition by the ticket taker, the user to be permitted to utilize the service monitored by the ticket taker.**<br><br>One or more computers in the Masabi system in dependence on the determination that the received token is valid, causes an activation of the purchased electronic ticket by transmitting to the user's smart phone a data file comprising the visual validation display object that causes upon visual recognition by the ticket taker, the user to be permitted to utilize the service monitored by the ticket taker[55]. | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 19 | (L); (D/E) |
|---|---|---|
| **(Masabi – Nice gomobile)** | **19. The system of claim 18 where the one or more computers are further configured to:**<br><br>**responsive to the determination that no token associated with the purchased electronic ticket has been stored, initiate confirmation that the purchased electronic ticket has been purchased;**<br><br>One or more computers in the Masabi system are configued to: responsive to the determination that no token associated with the purchased electronic ticket has been stored, initiate confirmation that the purchased electronic ticket has been purchased[56]; | L; D/E |
| | **in dependence on such confirmation, store a token in the data record associated with the purchased electronic ticket;** | L; D/E |

---

[54] OIAB
[55] OIAB
[56] OIAB

| | One or more computers in the Masabi system are configured to: in dependence on such confirmation, store a token in the data record associated with the purchased electronic ticket[57]; | |
|---|---|---|
| | **and transmit to the user's computer device a visual validation display object corresponding to the purchased electronic ticket.**<br><br>One or more computers in the Masabi system are configured to: transmit to the user's smart phone a visual validation display object corresponding to the purchased electronic ticket.[58] | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 20 | (L); (D/E) |
|---|---|---|
| (Masabi – Nice gomobile) | **20. The system of claim 18 where the one or more computers are further configured to:**<br><br>**store in the data record associated with the purchased electronic ticket a data value representing a predetermined lock time;**<br><br>One or more computers in the Masabi system are configued to: store in the data record associated with the purchased electronic ticket a data value representing a predetermined lock time[59]; | L; D/E |
| | **and determine whether a duration of time from the transmission of the visual validation display object to the predetermined lock time has expired;**<br><br>One or more computers in the Masabi system are configured to: and determine whether a duration of time from the transmission of the visual validation display object to the predetermined lock time has expired;[60] | L; D/E |
| | **and in dependence on such determination, permit or not permit the visual validation display object to be transmitted to the user's** | L; D/E |

---

[57] OIAB
[58] OIAB
[59] OIAB
[60] OIAB

| | | |
|---|---|---|
| | **computer device.**<br><br>One or more computers in the Masabi system are configured to: and in dependence on such determination, permit or not permit the visual validation display object to be transmitted to the user's smart phone[61]. | |

| Exemplary Product | '967 PATENT – CLAIM 21 | (L); (D/E) |
|---|---|---|
| **(Masabi – Nice gomobile)** | **21. The system of claim 18 where the one or more computers are further configured to:**<br><br>**transmit an authorization key to the user's computer device that transmitted the received request.**<br><br>One or more computers in the Masabi system are configured to: transmit an authorization key to the user's smart phone that transmitted the received request.[62] | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 22 | (L); (D/E) |
|---|---|---|
| **(Masabi – Nice gomobile)** | **22. The system of claim 21 where the one or more computers are further configured to:**<br><br>**encrypt the visual validation display object using the authorization key.**<br><br>One or more computers in the Masabi system are configured to: encrypt the visual validation display object using the authorization key.[63] | L; D/E |

| Exemplary Product | '967 PATENT – CLAIM 23 | (L); (D/E) |
|---|---|---|

---

[61] OIAB
[62] OIAB
[63] OIAB

| (Masabi – Nice gomobile) | **23. The system of claim 21 where the one or more computers are further configured to:**<br><br>**encrypt the visual validation display object with a public key of a public/private key pair for which the transmitted authorization key is an associated private key.**<br><br>One or more computers in the Masabi system are configured to: encrypt the visual validation display object with a public key of a public/private key pair for which the transmitted authorization key is an associated private key.[64] | L; D/E |
|---|---|---|

| Exemplary Product | **'967 PATENT – CLAIM 34** | **(L); (D/E)** |
|---|---|---|
| (Masabi – Nice gomobile) | **34. The system of claim 18 where the visual validation display object is an animation that operates in reaction to a touch of the user's computer device screen.**<br><br>The visual validation display object in the Masabi computer system is an animation that operates in reaction to a touch of the user's smart phone screen[65]: | L; D/E |

---

[64] OIAB
[65] http://www.nicebus.com/Passenger-Information/Mobile-Ticketing.aspx

