**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG-RSP |
| | § | |
| MASABI LTD., | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING PLAINTIFF BYTEMARK, INC.'S RESPONSE TO DEFENDANT
MASABI LTD.'S MOTION AND BRIEF IN SUPPORT OF ITS MOTION TO STRIKE
PLAINTIFF'S PATENT RULE 3-1 INFRINGEMENT CONTENTIONS**

On this day came on to be considered the Motion to Strike Plaintiff Bytemark, Inc.'s ("Bytemark") Local Patent Rule 3-1 Infringement Contentions (Dkt. No. 69) filed by Defendant Masabi Ltd. ("Masabi") and the Court having now reviewed Masabi's motion to strike and the response in opposition thereto by Bytemark finds that that motion to strike is not well taken and should not be granted. It is, therefore,

ORDERED that Defendant Masabi's Motion to Strike Bytemark's Local Patent Rule 3-1 Infringement Contentions is hereby DENIED.