IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## **DEFENDANT MASABI LTD'S WITNESS LIST**

Defendant Masabi, Ltd. identifies the following witness for trial:

| Witness | Contact Information | Will Call | May Call |
|---|---|---|---|
| Brian Zanghi – CEO | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | X | |
| Matt Jones – CFO | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | X | |
| Ben Whitaker – Head of Innovation | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | X | |
| Tom Godber – Technology Developer | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | X | |
| Wayne Lee | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | | X |
| Ron Schoenbaum, Esq. | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | | X |
| Dr. Sigurd Meldal | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | X | |
| Dr. Andrew Malec | c/o Fishman Stewart PLLC<br>39533 Woodward Ave., Suite 140<br>Bloomfield Hills, MI 48304 | X | |

| | | | |
|---|---|---|---|
| Micah Bergdale, CEO | Plaintiff's Counsel | X | |
| Jeffrey Bernstein, CFO | Plaintiff's Counsel | X | |
| Jennifer Meredith, Esq. | Plaintiff's Counsel | | X |
| Darius Keyhani, Esq. | Plaintiff's Counsel | | X |

Defendant reserves the right to call any additional witnesses necessitated by any of the Court's pretrial or trial rulings. In addition, Defendant reserves the right to call, either live or by deposition, (i) additional witnesses to provide foundational testimony should Plaintiff contest the authenticity or admissibility of any material proffered at trial; (ii) substitute witnesses for any identified witness whose employment or other relationship with Defendant changes such that the witness is no longer available, able, or willing to testify on Defendant's behalf at trial; (iii) any witness identified by Plaintiff or required to rebut Plaintiff's case; and/or (iv) additional witnesses to respond to issues raised after the submission of this list.

Dated: October 1, 2017

                                          Respectfully submitted,

                                          FISHMAN STEWART PLLC

By:   /s/ Douglas P. LaLone (P45751)
        Douglas P. LaLone (P45751)
        Thomas E. Donahue (P57089)
        39533 Woodward Ave., Suite 140
        Bloomfield Hills, MI 48304
        Tel.: (248) 594-0600
        Fax: (248) 594-0610
        dlalone@fishstewip.com

                                          STRASBURGER & PRICE, LLP

By:   */s/ Kasia Brozynski* (24036277)
        Kasia Brozynski

        Texas Bar No. 24036277
        Antonio S. Devora
        Texas State Bar No. 24074133
        Sorana G. Ban
        Texas State Bar No. 24061520
        901 Main Street, Suite 6000
        Dallas, Texas 75202
        (214) 245-3068 Telephone
        (214) 245-3097 Fax
        kasia.brozynski@strasburger.com
        antonio.Devora@strasburger.com
        sorana.ban@strasburger.com

        *Attorneys for Defendant Masabi Ltd.*

## CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on this the 1st day of October, 2017.

        By:    /s/ Lisa M. Conner
                   Lisa M. Conner