# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| MASABI LTD., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## DEFENDANT'S DEPOSITION DESIGNATIONS

1. Ronald J. Schoenbaum – Deposition – August 4, 2017

| Defendant's Designations | | Plaintiff's Objections to Designations | Plaintiff's Counter Designations | | Defendant's Objections to Counter Designations |
|---|---|---|---|---|---|
| From | To | | From | To | |
| 1:1 | 1:25 | | | | |
| 2:1 | 2:25 | | | | |
| 3:1 | 3:25 | | | | |
| 4:1 | 4:25 | | | | |
| 5:1 | 5:9 | | | | |
| 6:1 | 6:25 | | | | |
| 7:1 | 7:2 | | | | |
| 8:1 | 8:25 | | | | |
| 9:1 | 9:1 | | | | |
| 9:9 | 9:25 | | | | |

| | | | | |
|---|---|---|---|---|
| 10:1 | 10:25 | | | |
| 11:1 | 11:1 | | | |
| 12:13 | 12:25 | | | |
| 13:1 | 13:6 | | | |
| 14:5 | 14:25 | | | |
| 15:1 | 15:25 | | | |
| 16:1 | 16:17 | | | |
| 17:3 | 17:25 | | | |
| 18:1 | 18:25 | | | |
| 19:2 | 19:19 | | | |
| 21:4 | 21:15 | | | |
| 27:3 | 27:18 | | | |
| 35:10 | 35:21 | | | |
| 37:15 | 37:24 | | | |
| 38:2 | 38:25 | | | |
| 39:1 | 39:4 | | | |
| 41:20 | 41:25 | | | |
| 42:1 | 42:3 | | | |
| 42:7 | 42:25 | | | |
| 43:1 | 43:25 | | | |
| 44:2 | 44:25 | | | |
| 45:1 | 45:22 | | | |
| 48:21 | 48:25 | | | |

| | | | | |
|---|---|---|---|---|
| 49:1 | 49:25 | | | |
| 50:2 | 50:25 | | | |
| 51:1 | 51:4 | | | |
| 51:24 | 51:25 | | | |
| 52:2 | 52:25 | | | |
| 53:1 | 53:2 | | | |
| 54:5 | 54:13 | | | |
| 55:7 | 55:25 | | | |
| 56:1 | 56:17 | | | |
| 65:23 | 65:25 | | | |
| 66:2 | 66:4 | | | |
| 66:21 | 66:25 | | | |
| 67:1 | 67:25 | | | |
| 68:2 | 68:25 | | | |
| 69:1 | 69:25 | | | |
| 70:1 | 70:1 | | | |
| 70:6 | 70:18 | | | |
| 71:12 | 71:25 | | | |
| 72:1 | 72:13 | | | |
| 73:20 | 73:21 | | | |
| 74:1 | 74:25 | | | |
| 75:1 | 75:17 | | | |
| 77:18 | 77:25 | | | |

| | | | | |
|---|---|---|---|---|
| 78:1 | 78:6 | | | |
| 79:22 | 79:25 | | | |
| 80:2 | 80:25 | | | |
| 81:1 | 81:2 | | | |
| 81:11 | 81:25 | | | |
| 82:1 | 82:2 | | | |
| 82:12 | 82:25 | | | |
| 83:1 | 83:25 | | | |
| 84:1 | 84:17 | | | |
| 85:13 | 85:25 | | | |
| 86:1 | 86:3 | | | |
| 87:16 | 87:25 | | | |
| 88:2 | 88:18 | | | |

Respectfully submitted,

FISHMAN STEWART PLLC

By:   */s/ Douglas P. LaLone* (P45751)
Douglas P. LaLone (P45751)
Thomas E. Donahue (P57089)
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com

STRASBURGER & PRICE, LLP

By: /s/ Kasia Brozynski (24036277)
Kasia Brozynski
Texas Bar No. 24036277
Antonio S. Devora
Texas State Bar No. 24074133
Sorana G. Ban
Texas State Bar No. 24061520
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 245-3068 Telephone
(214) 245-3097 Fax
Email: kasia.brozynski@strasburger.com
　　　　Antonio.Devora@strasburger.com

*Attorneys for Defendant Masabi Ltd.*

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 1th day of October, 2017. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

By: */s/ Douglas P. LaLone*
Douglas P. LaLone