**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BYTEMARK, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| § | |
| MASABI LTD., § | JURY TRIAL DEMANDED |
| § | |
| Defendant. § | |

**DEFENDANT MASABI'S NOTICE OF COMPLIANCE**

Defendant Masabi Ltd. (hereby "Defendant"), hereby notifies the Court that it has complied with the notice of compliance requirements, pursuant to the Fourth Amended Docket Control Order (Doc. No. 98), by serving its Objections and Counter Designations upon Plaintiff via electronic transmission on October 9, 2017.

Dated: October 9, 2017

                                                Respectfully submitted,

                                                FISHMAN STEWART PLLC

                          By:    <u>/s/ Douglas P. LaLone (P45751)</u>
                                    Douglas P. LaLone (P45751)
                                    Thomas E. Donahue (P57089)
                                    39533 Woodward Ave., Suite 140
                                    Bloomfield Hills, MI 48304
                                    Tel.: (248) 594-0600
                                    Fax: (248) 594-0610
                                    dlalone@fishstewip.com

        STRASBURGER & PRICE LLP

By: <u>/s/ Kasia Brozynski (24036277)</u>
Kasia Brozynski
Texas Bar No. 24036277
Antonio S. Devora
Texas State Bar No. 24074133
Sorana G. Ban
Texas State Bar No. 24061520
901 Main Street, Suite 6000
Dallas, Texas 75201
(214) 651-2023 Telephone
(214) 659-4037 Fax
kasia.brozynski@strasburger.com
antonio.devora@strasburger.com
sorana.ban@strasburger.com

*Attorneys for Defendant Masabi Ltd.*

## **CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 9th day of October, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

                              By:    /s/ Lisa M. Conner
                                        Lisa M. Conner