**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BYTEMARK, INC. | § § | |
| v. | § § | Case No. 2:16-CV-543-JRG-RSP |
| MASABI LTD. | § § | |

**ORDER**

This matter is hereby removed from the December 4, 2017 trial docket, to be reset at a status conference before the undersigned on December 11, 2017 at 11:00 a.m. All deadlines that have not yet expired will be reset at that conference.

**SIGNED this 24th day of October, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE