IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF INSTITUTION OF INTER PARTES REVIEW FOR USPN 8,494,967

Defendant Masabi LTD hereby notifies the Court that an *Inter Partes* Review (IPR) of USPN 8,494,967 has been instituted by the U.S. Patent and Trademark Office on December 4, 2017. Case IPR2017-01449 decision to institute is attached herewith as **Exhibit A**.

A panel of three USPTO Administrative Law Judges held "Upon considering the Petition, the Preliminary Response, and the evidence filed therewith, we determine that Petitioner has shown a reasonable likelihood that it would prevail with respect to at least 1 of the challenged claims. Accordingly, we institute an inter partes review of claims 1, 3–6, 17, 18, 20–23, and 34." Decision at p. 2.

The basis of the IPR was whether claims 1, 3–6, 17, 18, 20–23, and 34 of the '967 patent were anticipated by *Terrell*, *Cruz* and *Dutta*. The Board held "Based on our analysis above of independent claims 1, 17, and 18 in light of Terrell, we determine it is reasonably likely that Petitioner will prevail in establishing that claims 1, 17, and 18 are anticipated by Terrell." Decision at p. 22,   The Board then "ORDERED that pursuant to 35 U.S.C. § 314(a), an inter partes review is hereby instituted based solely on whether claims 1, 3–6, 17, 18, 20–23, and 34 are anticipated by Terrell." Decision at p. 34.

This development is relevant to Defendant's Motions For Summary Judgment Of Invalidity of the '967 and '993 Asserted Patents in this suit.

                              Respectfully submitted,

                              FISHMAN STEWART PLLC

By:    */s/ Douglas P. LaLone (P45751)*
        Douglas P. LaLone (P45751)
        Thomas E. Donahue (P57089)
        39533 Woodward Ave., Suite 140
        Bloomfield Hills, MI 48304
        Tel.: (248) 594-0600
        Fax: (248) 594-0610
        dlalone@fishstewip.com
        tdonohue@fishstewip.com

                              STRASBURGER & PRICE, LLP

By:    /s/ Kasia Brozynski (24036277)
        Kasia Brozynski
        Texas Bar No. 24036277
        Antonio S. Devora
        Texas State Bar No. 24074133
        Sorana G. Ban
        Texas State Bar No. 24061520
        901 Main Street, Suite 6000
        Dallas, Texas 75202
        (214) 245-3068 Telephone
        (214) 245-3097 Fax
        Email: kasia.brozynski@strasburger.com
                Antonio.Devora@strasburger.com

*Attorneys for Defendant Masabi Ltd.*

## **CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 11th day of December, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

                                       By:    */s/ Douglas P. LaLone*
                                                  Douglas P. LaLone