**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**NOTICE OF INVALIDITY CHALLENGE OF**
**ASSERTED PATENTS IN ANOTHER LAWSUIT**

Defendant Masabi LTD hereby notifies the Court that the validity of U.S. Patent Nos. 8,494,967 and 9,239,993 (the Asserted Patents in this suit) is being challenged in another lawsuit before Judge Paul Gardephe in the Southern District of New York.  (1:17-cv-01803-PGG).   In particular, the Defendants in that case, Conduent et al., have filed a Rule 12 Motion to Dismiss (DN 51), which has been fully briefed, on the basis that the asserted patents are directed to non-statutory subject matter under 35 U.S.C. § 101.   Oral arguments are requested to be held on January 8, 2018 (DN 56).

This development is relevant to Defendant Masabi's Motions For Summary Judgment Of Invalidity of the '967 and '993 asserted patents in this suit.

Respectfully submitted,

FISHMAN STEWART PLLC

By:    */s/ Douglas P. LaLone* (P45751)
        Douglas P. LaLone (P45751)
        Thomas E. Donahue (P57089)
        39533 Woodward Ave., Suite 140
        Bloomfield Hills, MI 48304
        Tel.: (248) 594-0600
        Fax: (248) 594-0610
        dlalone@fishstewip.com
        tdonohue@fishstewip.com


STRASBURGER & PRICE, LLP

By:    /s/ Kasia Brozynski (24036277)
        Kasia Brozynski
        Texas Bar No. 24036277
        Antonio S. Devora
        Texas State Bar No. 24074133
        Sorana G. Ban
        Texas State Bar No. 24061520
        901 Main Street, Suite 6000
        Dallas, Texas 75202
        (214) 245-3068 Telephone
        (214) 245-3097 Fax
        Email: kasia.brozynski@strasburger.com
             Antonio.Devora@strasburger.com

*Attorneys for Defendant Masabi Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 15th day of December, 2017.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

By:     */s/ Douglas P. LaLone*
        Douglas P. LaLone