# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## NOTICE OF THIRD PARTY PETITION FOR COVERED BUSINESS METHOD REVIEW FOR USPN 8,494,967 AND USPN 9,239,993

Defendant Masabi LTD hereby notifies the Court that two Third Party *Petitions for Covered Business Method Review* (CBMs) of USPN 8,494,967 and USPN 9,239,993 have been filed with the U.S. Patent and Trademark Office on January 10, 2018 and January 15, 2018. Case CBM2018-00011 ('967) petition is attached herewith as **Exhibit A**. Case CBM2018-00018 petition is attached herewith as **Exhibit B**.

Case CBM2018-00011 challenges claims 1, 2, 3, 4, 5, 6, 17, 18, 19, 20, 21, 22, 23 and 34 of the '967 Patent under 35 U.S.C. §§ 101, 103 and 112. Case CBM2018-00018 challenges claims 1 – 17 and 22-24 of the '993 Patent under 35 U.S.C. §§ 101, 102 and 112.

This development is relevant to Defendant's Motions For Summary Judgment Of Invalidity of the '967 and '993 Asserted Patents in this suit.

Respectfully submitted,

FISHMAN STEWART PLLC

By: */s/ Douglas P. LaLone* (P45751)
Douglas P. LaLone (P45751)
Thomas E. Donahue (P57089)
39533 Woodward Ave., Suite 140
Bloomfield Hills, MI 48304
Tel.: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com
tdonohue@fishstewip.com


STRASBURGER & PRICE, LLP

By: /s/ Kasia Brozynski (24036277)
Kasia Brozynski
Texas Bar No. 24036277
Antonio S. Devora
Texas State Bar No. 24074133
Sorana G. Ban
Texas State Bar No. 24061520
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 245-3068 Telephone
(214) 245-3097 Fax
Email: kasia.brozynski@strasburger.com
         Antonio.Devora@strasburger.com

*Attorneys for Defendant Masabi Ltd.*

## **CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 26th day of January, 2018. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

By: */s/ Douglas P. LaLone*
Douglas P. LaLone