**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| BYTEMARK, INC.., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG/RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**OPPOSED PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

Bytemark, Inc. ("Bytemark") Plaintiff in the above-entitled and numbered civil action, moves the Court to set a status conference and shows as follows:

1. Pursuant to the Court's Order (Doc. No. 132) entered on October 24, 2017, this action was removed from the Court's December 4, 2017 trial docket, to be reset at a status conference scheduled for December 11, 2017. This Order also indicated that all docket control order deadlines that had not yet expired were to be reset at the December 11 status conference.

2. On December 11, 2017, the Court issued a CM/ECF Notice cancelling the December 11 status conference, to be reset by a future order.

3. On February 14, 2018, the Court entered an Order (Doc. No. 137) staying this action pending further order of the Court.

4. Bytemark respectfully requests the Court to schedule a status conference in this action so it may be determined when and under what circumstances a lift of the Court's stay order would be indicated or appropriate. In addition, Bytemark requests a status conference to discuss potential entry of an amended Docket Control Order to govern this action once the Court's stay

order is lifted. The parties collectively have a number of motions currently pending in this action, most of which had not been fully briefed at the time the Court's entered its October 24, 2017 order. Bytemark believes that an amended docket control order will be needed to set new deadlines for completion of the briefing on the parties' pending motions and other pretrial related filings and to reset this action for jury selection and trial.

PREMISES CONSIDERED, Plaintiff Bytemark, Inc. respectfully requests the Court to grant this Motion for Status Conference.

Dated: March 29, 2018

Respectfully submitted,

*/s/ Andy Tindel w/ permission of Lead Attorney*

Dariush Keyhani, Lead Attorney
New Jersey State Bar No. 044062002
Admitted *pro hac vice*
MEREDITH & KEYANI, PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 760-0098
Email: dkeyhani@meredithkeyani.com

Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Bytemark, Inc.*

**CERTIFICATE OF CONFERENCE**

In compliance with E.D. Tex. Loc. Ct. R. CV-7(h), undersigned counsel for Plaintiff Bytemark, Inc. and Kasia Brozynski, counsel for Defendant Masabi Ltd., communicated by telephone on March 29, 2018 with respect to Plaintiff's Motion for Status Conference. The parties could not reach agreement on the motion and discussions have conclusively ended in an impasse, leaving an open issue for the court to resolve. Accordingly, Plaintiff's Motion for Status Conference is submitted as an opposed motion.

_____
Andy Tindel

**CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 29th day of March, 2018. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission

_____
Andy Tindel