# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| BYTEMARK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 2:16-cv-00543-JRG-RSP |
| | § | |
| MASABI LTD., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | PATENT CASE |

## PLAINTIFF BYTEMARK, INC.'S NOTICE OF APPEAL

Notice is hereby given that Bytemark, Inc., Plaintiff in the above entitled and numbered action, appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of Invalidity of United States Patent Nos. 8,494,967 and 9,239,993 (Dkt. 150) entered in this action on February 7, 2019 and from any and all orders, rulings, findings, and conclusions underlying and related to that judgment including, but not limited to, the December 10, 2018 Report and Recommendation re Motion for Summary Judgment of Invalidity (Dkt. 147).

Dated: March 6, 2019

Respectfully submitted,

*[signature: Andy Tindel w/ permission of Lead Attorney]*

Dariush Keyhani (Lead Attorney)
New Jersey State Bar No. 044062002
Admitted *Pro Hac Vice*
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Tel: (202) 748-8950
Fax: (202) 318-8958
Email: dkeyhani@keyhanillc.com

        ANDY TINDEL
Texas State Bar No. 20054500
MT² L<small>AW</small> G<small>ROUP</small>
M<small>ANN</small> | T<small>INDEL</small> | T<small>HOMPSON</small>
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909
Email: atindel@andytindel.com

*Attorneys for Plaintiff Bytemark, Inc.*

### CERTIFICATE OF SERVICE

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this 6th day of March, 2019.  Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

*/s/ Andy Tindel*

Andy Tindel