NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BYTEMARK, INC.,**
*Plaintiff-Appellant*

v.

**MASABI LTD.,**
*Defendant-Appellee*

---

2019-1628

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00543-JRG-RSP, Judge J. Rodney Gilstrap.

---

### JUDGMENT

---

DARIUSH KEYHANI, Keyhani LLC, Washington, DC, argued for plaintiff-appellant. Also represented by ANDY TINDEL, Mann, Tindel & Thompson, Tyler, TX.

DOUGLAS PERRY LALONE, Fishman Stewart PLLC, Bloomfield Hills, MI, argued for defendant-appellee. Also represented by THOMAS DONOHUE, MICHAEL FLUHLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>February 10, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |