# United States Court of Appeals for the Federal Circuit

---

**BYTEMARK, INC.,**
*Plaintiff-Appellant*

v.

**MASABI LTD.,**
*Defendant-Appellee*

---

2019-1628

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00543-JRG-RSP, Judge J. Rodney Gilstrap.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered February 10, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee Masabi Ltd. in the amount of $806.48 and taxed against the appellant Bytemark, Inc.

FOR THE COURT

March 18, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court